Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone: (415) 296-7070
Facsimile: (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT WILLIAM YOUNGER,<br><br>　　Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC.,<br><br>MICHELLE J. PEMBLETON,<br><br>　　Defendants. | Case No. CV-12-01904 EMC<br><br>DEFENDANT ABC LEGAL SERVICES, INC.'S NOTICE OF JOINDER IN ITS MOTIONS TO STRIKE IN THE RELATED CASE OF *WALKER V. ABC LEGAL SERVICES, INC*., CASE NO. CV-12-00678 EMC<br><br>DATE: May 25, 2012<br>TIME: 1:30 P.M.<br>CRTRM: 5 – 17th Flr.<br><br>Hon. Edward M. Chen, presiding |

On May 1, 2012, the Court ordered this case related with other pending cases, the primary case of which is *Freeman v. ABC Legal Services, Inc*., CV-11-03007 EMC. This case, *Younger v. ABC Legal Services, Inc*., is one of five recently filed cases that have not yet had responsive pleadings previously filed by the Defendants:

- *David Haijme Brown v. ABC Legal Services, Inc. and Richard James Lowry*, U.S. Dist. Court, N.D. Cal. (San Francisco Division), # CV12-01911 EMC;

- *Danae Elizabeth Clohan v. ABC Legal Services, Inc. and Michelle Pembleton*, U.S. Dist. Court, N.D. Cal. (San Francisco Division), # CV12-01696 EMC;

- *Debra Jan Dohm v. ABC Legal Services, Inc. and Granville Smith III*, U.S. Dist. Court, N.D. Cal. (San Francisco Division), # CV12-01914 EMC;

- *John David Kamin v. ABC Legal Services, Inc. and Michelle Pembleton*, U.S. Dist. Court, N.D. Cal. (San Francisco Division), # CV12-016932 EMC; and

- *Albert William Younger v. ABC Legal Services, Inc. and Michelle Pembleton*, U.S. Dist. Court, N.D. Cal. (San Francisco Division), # CV12-01904 EMC.

The complaints in these five cases are almost identical. They all seek the same injunctive relief.

Because the legal issues are the same relating to injunctive relief in all five cases, and the claim for violation of Cal. Business & Professions Code §17200 is the same in all these five cases, Defendant ABC Legal Services, Inc., joins this case with its motions to strike that have been filed contemporaneously in *Walker v. ABC Legal Services, Inc.* as its initial responsive pleading in this case.

ABC Legal Services, Inc. requests the Court to apply its decision on those motions in *Walker v. ABC Legal Services, Inc.* to the instant case so that a separate, duplicative motion need not be filed.

Respectfully submitted,

Of counsel to
Law Offices of
WEISBERG & MILLER

June 6, 2012        By:        /s/ *Kenneth J. Sperandio, Jr.*
                               Kenneth J. Sperandio, Jr., attorneys for
                               Defendant ABC Legal Services, Inc.

LAW OFFICES OF
WEISBERG & MILLER
654 SACRAMENTO STREET • THIRD FLOOR • SAN FRANCISCO • CA 94111
PHONE 415.296.7070 FAX 415.296.7060