1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   ALBERT WILLIAM YOUNGER
6

7

8                     UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION

10

11 | ALBERT WILLIAM YOUNGER,                | Case No. 3:12-CV-01904-EMC |
12 |                          Plaintiff,    | **STIPULATION OF DISMISSAL** |
   |            v.                          | **AND [PROPOSED] ORDER** |
13 |                                        |                          |
   | ABC LEGAL SERVICES, INC., a Washington | Fed. R. Civ. P. 41(a)(1) |
14 | corporation; MICHELLE J. PEMBLETON,    |                          |
   | individually and in her official capacity; and |                 |
15 | DOES 1 through 10, inclusive,          |                          |
16 |                                        |                          |
   |                          Defendants.   |                          |
17

18     Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALBERT WILLIAM YOUNGER, and

19 Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

20     1.   The dispute between the parties has been settled, therefore, the claims asserted by

21 Plaintiff, ALBERT WILLIAM YOUNGER, against Defendants, ABC LEGAL SERVICES, INC., and

22 MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice,
23
   pursuant to Fed. R. Civ. P. 41(a)(1).
24
   / / /
25
   / / /
26
   / / /
27
28 / / /

1  Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
2                                               Attorney for Plaintiff
                                                ALBERT WILLIAM YOUNGER
3

4
   Dated:  December 20, 2012                    /s/ William S. Weisberg
5                                               William S. Weisberg, Esq.
                                                Attorney for Defendant
6                                               ABC LEGAL SERVICES, INC.

7

8
   THE FOREGOING STIPULATION
9  IS APPROVED AND IS SO ORDERED.

10
            1/10/13
11 Dated:  _____

12                                              _____
                                                The Honorable Edward M. Chen
13                                              United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. 3:12-CV-01904-EMC